UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

     Plaintiff,

 v.

           Case No. 2:11-CR-00072

CVIJAN SKILJEVIC,

     Defendant.

---

**DEFENDANT'S MOTION TO DISMISS
BASED UPON SELECTIVE PROSECUTION,
MOTION FOR DISCOVERY, AND
MOTION FOR AN EVIDENTIARY HEARING**

---

COMES NOW, the Defendant, CVIJAN SKILJEVIC, by and through undersigned counsel, and respectfully requests that this Court dismiss the Indictment in its entirety due to selective prosecution. Defendants further request that this Court require the United States to provide discovery on this matter and hold an evidentiary hearing on this Motion. In support thereof, and in addition to the concurrently filed Memorandum of Law and Exhibits, the Defendant states as follows:

The Indictment should be dismissed in its entirety because the Government has singled out Defendant for investigation and prosecution from similarly situated persons it has chosen not to investigate or charge, on the basis of Defendant's race and/or ethnicity, in violation of the Fifth Amendment right to due process and Fourteenth Amendment right to equal protection of the laws.

1

The impermissibly selective investigation and prosecution in this case violates Defendant's constitutional rights to equal protection of the laws and clearly satisfies the following well-established two-part test for dismissal based on such selective enforcement of the criminal laws: (1) Defendant has been singled out for prosecution although other similarly situated who have committed the same acts have not been prosecuted; and (2) the government's selective prosecution of the Defendant has been constitutionally invidious.

In the concurrently filed Memorandum of Law, Defendant has provided clear evidence that the Government selected Defendant for investigation and prosecution based on his Bosnian Serbian ethnicity and failed to prosecute Bosnian Muslims who are similarly situated. In light of this evidence, the Court should dismiss the government's charge against Defendant as the Government is engaging in its own method of "ethnic cleansing" by removing Bosnian Serbians from the United States while allowing Bosnian Muslims to remain. Given that international courts have prosecuted individuals on both sides of the conflict, no non-discriminatory, rational basis exists for the United States Government to only prosecute Bosnian Serbs.

Even if the Court finds that Defendant has not entirely satisfied both of these factors at this juncture, the substantial evidence that Defendant has provided on both of these elements justifies an order allowing formal discovery and an evidentiary hearing to further develop evidence on these issues, including evidence from immigration files that is contained solely within the Government's possession and impossible for Defendant to obtain other than through this discovery process.

2

WHEREFORE, based on the concurrently filed Memorandum of Law and Supporting Exhibits, the Defendant requests that this Court:

(1) Grant an evidentiary hearing on this Motion;

(2) Order the Government to provide the discovery requested in the addendum to Defendant's Memorandum of Law; and

(3) Dismiss the Indictment in its entirety based on selective prosecution.

Respectfully submitted this 30th day of June, 2011.

LAW OFFICES OF SARA ELIZABETH DILL
*Attorneys for Defendant*
35 East Wacker Drive
Suite 900
Chicago, Illinois 60601
T:  (312) 564-5670
F:  (312) 376-3791
saraedill@gmail.com

/s/ Sara Elizabeth Dill
BY: _____
Sara Elizabeth Dill
Wisconsin Bar No. 1042113
Illinois Bar No. 6288813
Florida Bar No. 0027691

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2011, a true and correct copy of the foregoing was electronically filed using the CM/ECF electronic filing system and a courtesy copy was sent directly to chambers pursuant to local rules.

/s/ Sara Elizabeth Dill
By: _____
Sara Elizabeth Dill, Esq.

3